# Court of Appeals
# of the State of Georgia

ATLANTA,  July 31, 2019

*The Court of Appeals hereby passes the following order:*

**A19I0278. IN RE DISTRICT ATTORNEY HERB CRANFORD et al.**

District Attorney Herb Cranford, Assistant District Attorney Lara Myers, and Assistant District Attorney Matthew Swope (collectively, "the district attorneys") seek interlocutory review of a trial court order denying their motion to disqualify/recuse Judge John Simpson of the Carroll County Superior Court "from all further dealings" in the matter of *State v. James* (Civil Action No. 17-CR-775). Although the district attorneys sought a certificate of immediate review in accordance with OCGA § 5-6-34 (b), no certificate was granted.

Because the trial court did not issue a certificate of immediate review in this case, this Court is without jurisdiction to consider the district attorneys' application for interlocutory appeal. See *Duke v. State*, ___ Ga. ___ (Case No. S19M0969; decided June 10, 2019) (overruling *Waldrip v. Head*, 272 Ga. 572 (532 SE2d 380) (2000), "to the extent it permits [an appellate court] to disregard the requirement set forth in OCGA § 5-6-34 (b)"). Therefore, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  07/31/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*